UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HAWK TECHNOLOGY SYSTEMS, LLC,**

    Plaintiff,

v.     Civil Action No. 1:18-cv-209

**PREMIER ENTERTAINMENT BILOXI, LLC
d/b/a HARD ROCK HOTEL & CASINO BILOXI,**

    Defendant.

## NOTICE OF SETTLEMENT

**COME NOW**, the parties in the above-styled matter, by and through their respective undersigned counsel, and advises the Court that this matter has been settled, and pending the execution of the Release, an Agreed Order of Dismissal with prejudice will be filed accordingly.

**Dated**, this the 29th day of October, 2018.

                                      s/Frank J. Dantone
                                      **FRANK J. DANTONE, MSB #5792**
                                      **HENDERSON DANTONE, P.A.**
                                      P.O. Box 778
                                      Greenville, MS 38702
                                      Telephone No. (662) 378-3400
                                      Facsimile No. (662) 378-3413
                                      E-mail: fjd@hdpa.com

                                      Attorney for Plaintiff,
                                      Hawk Technology Systems, LLC

        s/Paul Dietz
**PAUL DIETZ, PHV**
**HAUGEN LAW FIRM, PLLP**
121 South Eighth Street, Ste. 1130
Minneapolis, MN 55402
Telephone No. (612) 339-8300
Facsimile No. (612) 339-8200
Email: pdietz@haugenlaw.com

        s/David W. Stewart
**DAVID W. STEWART, MSB #9040**
**COPELAND, COOK, TAYLOR & BUSH, P.A.**
P. O. Box 10
Gulfport, MS 39502
Telephone No. (228) 863-6101
Facsimile No. (228) 863-1884
Email: dstewart@cctb.com

Attorneys for Defendant,
Premier Entertainment Biloxi, LLC
d/b/a Hard Rock Hotel & Casino Biloxi