## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**HAWK TECHNOLOGY SYSTEMS, LLC**                                **PLAINTIFF**

**v.**                                                    Civil No. 1:18cv209-HSO-JCG

**PREMIER ENTERTAINMENT BILOXI, LLC**
**d/b/a HARD ROCK HOTEL & CASINO BILOXI**                       **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**CAME ON**, the *ore tenus* joint motion of the parties requesting that this matter be dismissed with prejudice, and the Court having reviewed the record and being advised that the parties jointly agreed to dismiss all claims, finds that said request is well taken and should therefore be **GRANTED**.

**THEREFORE, IT IS ORDERED AND ADJUDGED**, that all claims asserted by Plaintiff, Hawk Technology Systems, LLC, against Defendant, Premier Entertainment Biloxi, LLC d/b/a Hard Rock Hotel & Casino Biloxi, and any and all counterclaims asserted by Premier Entertainment Biloxi, LLC d/b/a Hard Rock Hotel & Casino Biloxi, against Hawk Technology Systems, LLC, are hereby **DISMISSED WITH PREJUDICE**, and each party is responsible for its own costs and fees.

**SO ORDERED**, this the 30th day of October, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**AGREED:**

s/Frank J. Dantone
**FRANK J. DANTONE, MSB #5792**

Attorney for Plaintiff,
Hawk Technology Systems, LLC


s/David W. Stewart
**DAVID W. STEWART, MSB #9040**

s/Paul Dietz
**PAUL DIETZ**

Attorneys for Defendant,
Premier Entertainment Biloxi, LLC
d/b/a Hard Rock Hotel & Casino Biloxi