IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HAWK TECHNOLOGY SYSTEMS, LLC**                                      **PLAINTIFF**

**v.**                                            Civil No. 1:18cv209-HSO-JCG

**PREMIER ENTERTAINMENT BILOXI,
LLC
d/b/a HARD ROCK HOTEL & CASINO                                        DEFENDANT
BILOXI**

## FINAL JUDGMENT OF DISMISSAL

In accord with the Agreed Order of Dismissal with Prejudice Entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that all claims asserted by Plaintiff, Hawk Technology Systems, LLC, against Defendant, Premier Entertainment Biloxi, LLC d/b/a Hard Rock Hotel & Casino Biloxi, and any and all counterclaims asserted by Premier Entertainment Biloxi, LLC d/b/a Hard Rock Hotel & Casino Biloxi, against Hawk Technology Systems, LLC, are hereby **DISMISSED WITH PREJUDICE**, and each party is responsible for its own costs and fees.

**SO ORDERED**, this the 30th day of October, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE